UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Clifford

v.                                                  Case No. 1:13-mc-10-LM

Wells Fargo Home Mortgage, et al

O R D E R

The Plaintiff in this matter, Kevin Clifford, attempted to file what he characterizes as a "Registration of a Foreign Judgment." Attempts to register a foreign judgment are governed by 28 U.S.C. § 1963. The documents filed by Mr. Clifford do not comply with the requirements of 28 U.S.C. § 1963 and do not represent a valid judgment issued by a state or federal court. Thus, the filings shall not be given the legal force and effect of a properly filed foreign judgment pursuant to 28 U.S.C. § 1963. As such, the clerk's office shall issue no process on this filing and Mr. Clifford shall not attempt to levy or otherwise enforce this filing as a properly registered foreign judgment in this district.

SO ORDERED.

_____
Daniel J. Lynch
United States Magistrate Judge

Date:   February 27, 2013

cc:     Kevin Clifford, pro se